Robert L. Richmond
Marc G. Wilhelm
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
brichmond@richmondquinn.com
mwilhelm@richmondquinn.com

Attorneys for Plaintiff Grant Aviation, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRANT AVIATION, INC. )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>SERCO INC. )<br>)<br>Defendants. )<br>) | Case No. 3:20-cv-_____- |

## **COMPLAINT**

COMES NOW plaintiff, GRANT AVIATION, INC., by and through counsel, RICHMOND & QUINN, and for its complaint in this matter against SERCO INC., pleads and alleges as follows:

1. Plaintiff Grant Aviation, Inc. is an Alaska corporation headquartered in Anchorage Alaska, and is in all ways authorized to file this lawsuit.

2. Serco Inc. is a corporation established under the laws of New Jersey, with its headquarters in Virginia. It is operating as a business entity in good standing in the State of Alaska.

3. This court has personal jurisdiction over Serco Inc. because this suit arises out of activities conducted by Serco Inc. within the State of Alaska.

4. This court has jurisdiction over this matter under its diversity jurisdiction, 28 U.S.C. § 1332. There is complete diversity between plaintiff and defendant, and the amount in controversy exceeds $75,000 exclusive of interest, costs, and fees.

5. This court has venue over this action under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district. Venue is appropriate at this court location pursuant to Local Civil Rule 3.2

6. On or about July 8, 2019 a Grant Aviation Cessna 208B Caravan airplane, Aircraft Registration Number N9448B, was involved in an accident at the Bethel Airport in Bethel, Alaska.

7. At the time of the accident, Serco Inc. operated the Bethel Airport Air Traffic Control Tower pursuant to a contract with the Federal Aviation Administration.

8. Serco Inc. and its employees and agents had a duty of care to manage operations at the Bethel Airport Air Traffic Control Tower safely and in compliance with Federal Aviation Administration guidance on the operation of airports and provide appropriate instruction to aircraft using the Bethel Airport to ensure the safe use of the Bethel Airport.

9. Serco Inc. is vicariously liable for the actions of its employees and agents who were operating the Bethel Airport Air Traffic Control Tower at the time of the accident.

COMPLAINT
*Grant Aviation, Inc. v. Serco, Inc.,* Case No. 3:20-cv-_____
Page 2 of 5
Case 3:20-cv-00043-JWS   Document 1   Filed 02/25/20   Page 2 of 5

10. On the day of the accident, Serco Inc., through its employees or agents, was providing radio communications and instructions to planes landing at the Bethel Airport, including providing instructions to Grant Aviation aircraft N9448B.

11. Serco Inc.'s agents or employees operating the Bethel Airport Air Traffic Control Tower authorized Grant Aviation aircraft N9448B to land on runway 12, while simultaneously clearing other arriving aircraft to land on runway 1L.

12. Serco Inc.'s agents or employees improperly failed to maintain adequate separation between the Grant aircraft landing on Runway 12 and another aircraft it had cleared to land on Runway 1L.

13. Immediately after aircraft N9448B, which had been approved to land on runway 12, announced a missed approach, the Bethel Airport Air Traffic Control Tower urgently directed the pilot to turn left immediately. This demand would not have been made or required if the tower had maintained adequate separation between landing aircraft.

14. The pilot of N9448B complied with the Bethel Airport Air Traffic Control Towers instructions, and as a result of complying with tower instructions the aircraft stalled, causing an accident.

15. Serco Inc., including its employees and agents, breached their duty of care and were negligent in their acts and omissions, causing the accident described above.

16. Serco Inc. was also negligent in the training of its employees and agents, and in its supervision, management, and operation of the Bethel Airport Air Traffic Control Tower.

17. As a result of Serco Inc.'s negligence, Grant Aviation, Inc. suffered harm from the physical damage to the aircraft, lost income due to the lost use of the aircraft, and suffered other economic damages in an amount to be proven at trial.

Wherefore, Grant Aviation prays for judgment against Serco Inc. as follows:

1. The award of compensatory damages to Grant Aviation for damages resulting from the crash in an amount to be determined at trial;

2. That Grant Aviation be awarded its interest, costs, and attorney's fees incurred in relation to this matter; and

3. For all other relief this court deems just and equitable.

DATED this 24th day of February 2020, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Plaintiff
Grant Aviation, Inc.


By: s/ Robert L. Richmond
Robert L. Richmond
Alaska Bar No. 7011069
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
Email: brichmond@richmondquinn.com

By: s/ Marc G. Wilhelm
Marc G. Wilhelm
Alaska Bar No. 8406054
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
Email: mwilhelm@richmondquinn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24 day of February 2020, a copy of the foregoing was served by ECF on the parties registered to receive electronic notices.


By: <u>s/ Robert L. Richmond</u>
      RICHMOND & QUINN

I:\2337\021\PLEADINGS\USDC\Complaint.docx